# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 384 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| JAWAYNE K. BROWN, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 385 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| RICHARD BROWN, | : | |
| Respondent | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 386 EAL 2016 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| AQUIL BOND, | : | |
| Respondent | : | |

## ORDER


**PER CURIAM**

**AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the following issue:

Should a claim barring retrial on the basis of double jeopardy pursuant to Commonwealth v. Smith, 615 A.2d 321 (Pa. 1992), require factual findings made by the original trial judge, or a hearing based on further testimony, regarding the intent of the prosecutor?

Allocatur is **DENIED** as to the remaining issue.